**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6663**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LARICE SIMMONS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:16-cr-00054-FL-2)

───────────

Submitted:  July 25, 2024                          Decided:  July 29, 2024

───────────

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Larice Simmons, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larice Simmons appeals the district court's order denying his motion for compassionate release.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Simmons*, No. 4:16-cr-00054-FL-2 (E.D.N.C. June 29, 2023).  We deny Simmons' motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*